Turray D. JONES, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 150, 2016

Supreme Court of Delaware.

Submitted: August 25, 2016

Decided: August 31, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0804022428

DISMISSED.

Ward T. EVANS, Petitioner Below, Appellant,

v.

Commissioner Robert COUPE, Respondent Below, Appellee.

No. 257, 2016

Supreme Court of Delaware.

Submitted: June 24, 2016

Decided: August 31, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. K16M-04-017

DENIED.

Christopher H. WEST, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 271, 2016

Supreme Court of Delaware.

Submitted: June 16, 2016

Decided: August 31, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1107001026

AFFIRMED.

David COLES a/k/a David Holloman, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 261, 2016

Supreme Court of Delaware.

Submitted: July 13, 2016

Decided: September 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0301011099

AFFIRMED.